No. 96–8808.  FIGUEROA *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 96–8812.  JACQUOT *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–8816.  MURPHY *v.* PERRILL, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 96–8826.  VASQUEZ *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–8828.  SMITH *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 96–8829.  PETERSEN *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–8831.  CHIQUITO *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 96–8836.  BOWLER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–8838.  COCIVERA *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 96–8842.  CARGLE *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 96–1496.  TIDEWATER MARINE WESTERN, INC., ET AL. *v.* CALIFORNIA LABOR COMMISSIONER ET AL.  Sup. Ct. Cal.  Motion of Maritime Law Association of the United States for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 96–1553.  ERNST & YOUNG *v.* SIMPSON.  C. A. 6th Cir. Motions of 16 law firms and Arthur Anderson LLP et al. for leave to file briefs as *amici curiae* granted.  Certiorari denied.

No. 96–1605.  BEAR VALLEY CHURCH OF CHRIST *v.* DEBOSE ET AL.  Sup. Ct. Colo.  Motion of National Baptist Convention of America, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.